■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. WILSON, Appellant. [724 NYS2d 922] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court erred in accepting his guilty plea to two counts of a 14-count indictment without conducting a sufficient factual colloquy with respect to each element of those counts. Because defendant failed to move to withdraw his plea or to vacate the judgment of conviction, he failed to preserve that contention for our review (*see, People v Lopez*, 71 NY2d 662, 665; *People v Ayala*, 226 AD2d 1127, *lv denied* 88 NY2d 964). Defendant's recitation of the facts underlying the crimes did not cast significant doubt upon defendant's guilt and thus did not bring this case within the narrow exception to the preservation doctrine (*see, People v Lopez, supra*, at 666; *People v Ayala, supra*, at 1128). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Robbery, 1st Degree.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO SANTOS, Appellant. [724 NYS2d 667] —Judgment unanimously affirmed. Memorandum: Defendant did not object to the enhanced sentence on the grounds now raised on appeal, nor did he move to withdraw his plea of guilty or vacate the judgment of conviction based on those grounds. Thus, his present contentions concerning the enhanced sentence are not preserved for our review (*see,* CPL 470.05 [2]; *People v Perry*, 252 AD2d 990, *lv denied* 92 NY2d 929). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Monroe County, Smith, J.—Attempted Burglary, 2nd Degree.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Burns, JJ.